IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TODD PERRY AND HIS
FORMER ATTORNEYS
JAMES A. WALKER, ESQUIRE,
and JAMES A. WALKER, P.A.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1919

Appellants,

v.

SIGNAL SERVICE  INDUSTRIES,
INC. and BRIDGEFIELD
EMPLOYERS INSURANCE
COMPANY,

Appellees.

_____/

Opinion filed October 8, 2014.

An appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: November 17, 2003.

James A. Walker of the Law Offices of James A. Walker, P.A., Miami, for
Appellants James A. Walker, Esquire, and James A. Walker, P.A.

Ileana Marcos and Maria P. Valdes of Marcos Rothman Scharf Valdes Nguyen &
Goldstein, P.A., Miami, for Appellees.


PER CURIAM.

        AFFIRMED.

PADOVANO, THOMAS, and CLARK, JJ., CONCUR.